**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ashley N. Miller and Nicholas McKinney, Defendants,

Of whom Ashley N. Miller is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-000324

―――――――――

Appeal From York County
Thomas Henry White, IV, Family Court Judge

―――――――――

Unpublished Opinion No. 2024-UP-377
Submitted October 22, 2024 – Filed November 1, 2024

―――――――――

**AFFIRMED**

―――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Donna Jones Jackson, of Charlotte, North Carolina, and
Andrew Troy Potter, of Anderson, for Respondent.

Mitzi Campbell Williams, of Lexington, for the Guardian ad Litem.

––––––––––

**PER CURIAM:**  Ashley N. Miller appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Miller's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.